**No. 09-7986. John R. Griffin, Jr., Petitioner v. Town of Whitefield, New Hampshire, et al.**

559 U.S. 947, 130 S. Ct. 1521, 176 L. Ed. 2d 127, 2010 U.S. LEXIS 1466.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 341 Fed. Appx. 655.

**No. 09-7991. Hy Thi Nguyen, Petitioner v. Britta W. Christianson.**

559 U.S. 947, 130 S. Ct. 1521, 176 L. Ed. 2d 127, 2010 U.S. LEXIS 1289.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 09-7993. Gregory Paul Lance, Petitioner v. Jim Morrow, Warden.**

559 U.S. 947, 130 S. Ct. 1523, 176 L. Ed. 2d 127, 2010 U.S. LEXIS 1123.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-7995. Steven Jackson, Petitioner v. Illinois.**

559 U.S. 947, 130 S. Ct. 1523, 176 L. Ed. 2d 127, 2010 U.S. LEXIS 1224.

February 22, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 387 Ill. App. 3d 1178, 367 Ill. Dec. 212, 981 N.E.2d 537.

**No. 09-7998. Raul Garza Tamez, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 947, 130 S. Ct. 1523, 176 L. Ed. 2d 127, 2010 U.S. LEXIS 1489.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 344 Fed. Appx. 897.

**No. 09-8000. Travis Ray Thompson, Petitioner v. Fernando Gonzalez, Acting Warden, et al.**

559 U.S. 947, 130 S. Ct. 1524, 176 L. Ed. 2d 127, 2010 U.S. LEXIS 1310.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-8001. Eric Taylor, et ux., Petitioners v. Samuel L. Jacobs, et al.**

559 U.S. 947, 130 S. Ct. 1524, 176 L. Ed. 2d 127, 2010 U.S. LEXIS 1280.

February 22, 2010. Petition for writ of certiorari to the Court of Appeals of Indiana, First District, denied.

**No. 09-8005. Kenneth E. Ridener, Petitioner v. Wisconsin.**

559 U.S. 948, 130 S. Ct. 1525, 176 L. Ed. 2d 127, 2010 U.S. LEXIS 1259.

February 22, 2010. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District III, denied.

Same case below, 320 Wis. 2d 484, 769 N.W.2d 878.